# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Aquanette Thomas

        Debtor(s)

Case No. 14-39978

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>11/03/2014</u>.

2) The plan was confirmed on <u>01/23/2015</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>06/19/2015</u>.

5) The case was dismissed on <u>07/24/2015</u>.

6) Number of months from filing to last payment: <u>4</u>.

7) Number of months case was pending: <u>11</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$6,000.00</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $2,255.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,255.00** |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $501.25 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $87.95 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$589.20** |

Attorney fees paid and disclosed by debtor:    $210.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA | Unsecured | 1,513.00 | 1,513.67 | 1,513.67 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 20,912.77 | 20,903.66 | 20,903.66 | 1,457.44 | 208.36 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 468.40 | 512.40 | 512.40 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,124.97 | 1,118.47 | 1,118.47 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 335.00 | 342.22 | 342.22 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 95.61 | 231.45 | 231.45 | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | 16,029.22 | 17,139.75 | 17,139.75 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 7,561.00 | 50,316.14 | 50,316.14 | 0.00 | 0.00 |
| LIBERTY UNIVERSITY | Unsecured | 3,093.00 | 2,506.08 | 2,506.08 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 724.00 | 723.55 | 723.55 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 616.00 | 615.54 | 615.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 667.00 | 667.46 | 667.46 | 0.00 | 0.00 |
| MERCHANTS CR/ADVENTIST BOLIN( | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ADVENTIST BOLIN( | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/TMOBILE | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| ROUND 2 REC LLC/BAXLEY EMER PI | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| BLAST FITNESS | Unsecured | 20.99 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS | Unsecured | 1,087.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,351.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MGMT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| NATURAL FALLS & EMERALD COUR | Unsecured | 2,353.57 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980/ILLINOIS STATE TOLL H | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| OLIVER ADJUSTMENT CO | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL/COMCAST CHICAGO | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 183.67 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AM FAM INS/CRED COLL SRV | Unsecured | 82.60 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/ILLINOIS TOLLWAY | Unsecured | 24,182.30 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 9,336.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 7,670.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 6,223.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 5,496.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 5,135.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 3,112.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT ED/SLM | Unsecured | 3,110.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/TIME | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| FAIRWAY CAPITAL RECOVERY LLC/ | Unsecured | 917.87 | NA | NA | 0.00 | 0.00 |
| FALLS COLL SVC/WE ENERGIES INV | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| GRAND DENTAL CARE LTD | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| HALSTED FINANCIAL SERVICES | Unsecured | 1,106.00 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MAGE & PRICE/SGORT TERM LOANS | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| SULAIMAN LAW GROUP/SCH WESTV | Unsecured | 2,749.00 | NA | NA | 0.00 | 0.00 |
| TMOBILE | Unsecured | 78.37 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 506.33 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 6,460.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 6,013.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 6,013.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 5,196.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 4,688.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 3,826.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 3,081.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 2,708.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 2,449.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLM FINANCIAL CORP | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 101.00 | 101.18 | 101.18 | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 989.00 | 1,101.44 | 1,101.44 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 17,165.00 | 58,499.27 | 58,499.27 | 0.00 | 0.00 |
| WISCONSIN BELL | Unsecured | 182.20 | 182.20 | 182.20 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,903.66 | $1,457.44 | $208.36 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,903.66** | **$1,457.44** | **$208.36** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$135,570.82** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $589.20 |
| Disbursements to Creditors | $1,665.80 |
| | |
| **TOTAL DISBURSEMENTS** : | **$2,255.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/23/2015                    By:/s/ Glenn Stearns

                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**